1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11    FRAIHAT FAOUR ABDALLAH,         CASE NO. 06cv1541 DMS (NLS)

12                    Petitioner,       **ORDER DENYING**

        vs.                         **PETITIONER'S MOTION TO**

13                                           **SEAL**

   MICHAEL CHERTOFF, et al.,

14

15                    Respondents.

16        On November 8, 2006 Petitioner filed a motion to seal all documents relating to his case. [Doc.

17 15]. The Court has considered his request, and finding an absence of good cause, hereby denies his

18 motion.

19 **IT IS SO ORDERED.**

20

21 DATED: September 28, 2007

22                              _____

23                              HON. DANA M. SABRAW

                             United States District Judge

24
25
26
27
28